UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Jacqueline Mehala-Murray, | : | Jury Demand |
| Plaintiff, | : | |
| | : | Civil Action |
| v. | : | No. 26-1239 |
| | : | |
| Markwayne Mullin, Secretary, | : | |
| U.S. Department of Homeland Security, | : | |
| Defendant. | : | |

## COMPLAINT

**Parties**

1.     Plaintiff, Jacqueline Mehala-Murray ("Mehala-Murray"), is a citizen of the United States and a resident of the City of Frederick, State of Maryland.

2.     Defendant, Markwayne Mullin, Secretary, U.S. Department of Homeland Security ("DHS" or "Agency"), is the duly appointed and acting official charged with the administration of laws and implementing regulations, instructions and directives affecting DHS and its organizational components, including the Federal Emergency Management Agency (FEMA), and its employees concerning anti-discrimination in employment, including, but not limited to, job discrimination under *Title VII* of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.*

**Jurisdiction**

3.     This Court has jurisdiction over this matter pursuant to 42 U.S.C. § 2000e-16(c) which provides, in pertinent part, that a federal employee may obtain judicial review and a trial *de novo* in a federal district court from a judicially

reviewable action where *Title VII* discrimination has been alleged. A federal employee is required to file a civil action within 90 days of receipt of final action taken by the U.S. Equal Employment Opportunity Commission (EEOC) upon an appeal from an Agency decision on an employee's formal complaint of discrimination under *Title VII*.

**Venue**

4.     The United States District Court for the District of Columbia is the appropriate venue for this action pursuant to 28 U.S.C. § 1391(e), in that the Agency's headquarters is located in this judicial district.

**Relevant Facts**

5.     At all times relevant hereto, Mehala-Murray was employed by FEMA, an organizational sub-component of DHS at FEMA Headquarters in Washington, D.C.

6.     At FEMA, Mehala-Murray worked in the Office of Chief Learning Officer Department (OCLO) in the Office of Chief Component Human Capital Officer (OCCHCO) in the Talent Development division as a supervisory training specialist.

7.     Mehala-Murray was one of a total of six supervisors, the only CORE supervisor IC-13 and only one of two Black supervisors and previously served, under a temporary appointment/assignment, in  the position of acting Instructor Branch Chief/CORE/IC- 14.

8.     Complainant applied for the Instructor Branch Chief CORE, IC-14 on or about October 1, 2018, under Vacancy Announcement

HS-FEMA-19-ARC-254601-CORE via USAJOBS.gov.

9.      Despite the fact that Mehala-Murray possessed a master's degree, has been with FEMA since 2004 in various supervisory positions and had approximately 25 years of training experience, she was not selected for the Instructor Branch Chief position.

10.      The selectee had only been with FEMA for approximately 9 months held an IC-12 pay grade level at that time.

11.      On or about April 30, 2019, the Instructor-Branch-Chief selectee was removed from her position - within 90 days of having been promoted to the IC-14 position level - and was believed to have been escorted out of the FEMA building in handcuffs.

12.      The removal of the selectee created in a vacancy in the Instructor Branch Chief position, which FEMA had not permitted to accord Mehala-Murray the opportunity to fill, pending FEMA's selection to fill the Instructor Branch Chief position on a permanent basis.

13.  In avoiding selecting Mehala-Murray to serve as a limited-term, interim acting replacement, FEMA filled the vacant Instructor Branch Chief position by at least two Acting Branch Chiefs who both were white females.

14.      Believing that she was discriminated against, Mehala-Murray exercised her rights under the federal anti-discrimination statute, and the procedural regulatory scheme at 29 C.F.R. Part 1614.

15.      Mehala-Murray filed a Formal Complaint in which she alleged that she

3

was discriminated against on the basis of race, age, sex, national origin, and color in July, 2019 when she had been denied the opportunity to be reinstated as branch chief to an open position which was temporarily covered by two white women "acting" until it was finally filled by one white man in May, 2020; and that she was further discriminated against on the basis of race, age, sex, national origin, color, <u>and</u> <u>reprisal</u> in September, 2019 when she was officially demoted and moved from a Supervisory Instructor position to an Instructor position without cause - notwithstanding the fact that the Instructor Branch Chief position was vacant, she had successfully functioned in the positions of Supervisory Instructor (April, 2018 to September, 2018) and Instructor Branch Chief (September, 2018 to December, 2018 when she had been approved for FMLA leave) and white women were placed into the vacant Instructor Branch Chief position for over the period of a year.

16.    Pursuant to EEOC regulations, an investigation conducted into Mehala-Murray's discrimination complaint, after which she requested a hearing before an EEOC Administrative Judge (AJ).

17.    Mehala-Murray's administrative complaint was identified as Agency Case No. HS-FEMA-01868-2019 and the EEOC docket number was identified as EEOC Hearing No. 570-2020-01031X.

18.    After the discovery deadline had passed, DHS filed a Motion for Summary Judgment (Exhibit 1)

19.    Mehala-Murray's Response to the Motion for Summary Judgment was timely filed and consisted of three parts: a response (Exhibit 2), Statement of

Material Facts (Exhibit 3) and Memorandum of Law (Exhibit 4).

20.    On August 4, 2022, the AJ issued a Decision Without Hearing (Exhibit 5), granting summary judgment and, in the same day, issued an Order Entering Judgment (Exhibit 6).

21.    Mehala-Murray timely appealed DHS's decision and filed a Brief in Support of Appeal on October 31, 2022 (Exhibit 7).

22.    On May 22, 2025, The EEOC's Office of Federal Operations (OFO) issued a decision affirming DHS's final order implementing the AJ's decision (Exhibit 8).

23.    Mehala-Murray's timely Request for Reconsideration (Exhibit 9) was denied on January 13, 2026 (Exhibit 10).

24.    Mehala-Murray asserts that she was subjected to discrimination because of her race (African-American), color (brown), sex (female), age (born 1968) National Origin (Caribbean) and in reprisal for EEO activity when: (a) in July, 2019, she had been denied the opportunity to be reinstated as branch chief to an open position which was temporarily covered by two white women "acting" until it was finally filled by one white man in May, 2020; and (b) in September, 2019, in reprisal, she was officially demoted and moved from a Supervisory Instructor to an Instructor position without cause, notwithstanding the fact that the Instructor Branch Chief position was vacant, she had successfully functioned in the position of Supervisory Instructor (April, 2018 to September, 2018) and in the position of Instructor Branch Chief (September, 2018 to December, 2018 when she had been approved for FMLA leave), and white women were placed into the vacant Instructor Branch Chief position for

over the period of a year.

25.    Mehala-Murray seeks judicial review and a trial *de novo* in Federal District Court on all issues set forth herein.

**Conclusion and Prayer for Relief**

WHEREFORE, Plaintiff, Jacqueline Mehala-Murray, respectfully requests that the Court find that the U.S. Department of Homeland Security, by and through its employees, discriminated against her based on her race, color, national origin and in reprisal for her prior EEO activity and that the U.S. Department of Homeland Security be ordered to pay all elements of damages and provide all equitable relief to which she is entitled to recover under law, including, but not limited to, equitable relief, compensatory damages, costs and reasonable attorney fees.

s/ Dennis L. Friedman
DENNIS L. FRIEDMAN, ESQUIRE
Attorney for Plaintiff
1515 Market Street, Suite 1200
Philadelphia, PA  19102
(215) 327-2799
friedman.dennis@gmail.com